UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRADLEY GOODSON, for himself and
on behalf of those similarly situated

        Plaintiff,

v.                              Case No:  2:16-cv-708-FtM-38MRM

J.J.F. CONSTRUCTION &
PROPERTY MANAGEMENT, INC.,
JAREK FREUND, SLAWOMIR
FREUND and ARIEL FREUND,

        Defendants.
_____/

**ORDER**[1]

      This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice. (Doc. 39). Plaintiff Bradley Goodson filed this case to recover overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 207. (Doc. 1). Since then, the parties have resolved Goodson's claims in full without compromise, and they request dismissal of this case with prejudice. (Doc. 39). Because the parties have resolved this case without compromise, the Court need not review and approve the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood, Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)). The parties have also separately negotiated attorney's fees.

In addition, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, the parties stipulate to dismissing this case and have signed the Stipulation of Dismissal. (Doc. 39). The Court thus dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) The Stipulation of Dismissal With Prejudice (Doc. 39) is **GRANTED**. The Court **dismisses with prejudice** the above-captioned case.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of July 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record